# SouthwestRe™

March 29, 2007

Vernon Leake,
Century Automotive Service Corporation
7500 Prospect NE
Albuquerque, NM 87110

Dear Vernon,

Southwest Dealer Services producers have net balances due and payable to SouthwestRe of $1,911,712.50.

Request is hereby made for these balances to be paid to SouthwestRe by Century Automotive Service Corporation by April 30, 2007.

Attached are the details of these balances due:
1. A .pdf file of Producer Account Recaps for each producer
2. A spreadsheet with the following worksheets:
   a. Grand Totals
   b. Total Due SWDS Agencies
   c. Total Due Mixed Agencies

Please note that the Total Due Mixed Agencies above includes several special situations which together we can work through on 18 of the 314 producers. These 18 producers may have some balance or credit due from business with non-SWDS agencies:
1. 7 producers include some business with Drive Z Edge.
2. 2 producers include some business with Initiative Finance & Insurance Corp.
3. 6 producers include some business with National Dealer Marketing Systems.
4. 3 producers include some business with ATS Protection. In addition, there may be some of this business not yet processed due to non-receipt of premiums due.

As previously discussed with your team, SouthwestRe can provide copies of Business Confirmations inception to date as backup to the Producer Account Recaps. Also, for producers with balances carried forward from 1/1/2003, Kevin Slaton's spreadsheets of pre-1/1/2003 balances are available.

The SouthwestRe team is ready to meet and work with your team to answer any questions and provide additional detail as needed.

Respectfully,

*Larry Hinson*

Larry Hinson, CFO

Cc: Kirk Borchordt, Dealers Assurance Company

2400 Louisiana Blvd. NE | Building 4 | Albuquerque, NM 87110 | V: 505.881.2244 | F: 505.883.7794 | T: 877.881.2244